# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT

2006 NOV 21  A 10: 15

| | | |
|---|---|---|
| Sarah Baggett and Alice Baggett | Case No. | CV 206-195 |
| Plaintiff | | |
| v. | Appearing on behalf of | |
| Megan Lewis and Ralph Lewis | Defendants | |
| Defendant | (Plaintiff/Defendant) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of November, 2006

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

| | |
|---|---|
| NAME OF PETITIONER: | J. Robb Cruser |
| Business Address: | Cruser & Mitchell, LLP |
| | Firm/Business Name |
| | 3500 Parkway Lane, Suite 750 |
| | Street Address |
| | Norcross   GA   30092 |
| Street Address (con't) | City   State   Zip |

Mailing Address (if other than street address)

| | |
|---|---|
| Address Line 2 | City, State, Zip |
| (404) 881-2622 | 199480 |
| Telephone Number (w/ area code) | Georgia Bar Number |